**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION**

| | |
|---|---|
| TRACEY LEWIS,<br><br>               Plaintiff,<br><br>vs.<br><br>CHILDREN OF PROMISE WELLNESS GROUP LLC,<br><br>               Defendant. | Civil Case No.: 1:25-cv-01811-MKB-MMH<br><br>**SUMMONS RETURNED EXECUTED** |

      Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Tracey Lewis has served upon Defendant Children of Promise Wellness Group LLC copies of the following documents:

      1) Issued Summons;

      2) Complaint;

      3) Civil Cover Sheet;

      4) Exhibit A – Notice of Right to Sue Letter;

      5) Notice Option to Consent to Magistrate Judge Jurisdiction;

      6) Notice of Assignment of Case;

      Attached hereto is a copy of the Proof of Service.

Dated:  New York,
           April 17, 2025

**CONSUMER ATTORNEYS, PLLC**

By:/s/ *Emanuel Kataev*
Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421
F: (718) 489-4155
E: ekataev@consumerattorneys.com

*Attorneys for Plaintiff,
Tracey Lewis*

Case 1:25-cv-01811-MKB-MMH    Document 3    Filed 04/02/25    Page 1 of 2 PageID #: 26

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TRACEY LEWIS <br><br> *Plaintiff(s)* <br> v. <br><br> CHILDREN OF PROMISE WELLNESS GROUP LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-01811   MKB-MMH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Children of Promise Wellness Group LLC
54 MacDonough Street
Brooklyn, New York 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:       Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
ekataev@consumerattorneys.com
cc: e-service@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/2/2025

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-01811-MKB-MMH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CHILDREN OF PROMISE WELLNESS GROUP, INC.</u> was received by me on *(date)* <u>April 7, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>KATRINA ROBINS</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>CHILDREN OF PROMISE WELLNESS GROUP, INC., the following documents: 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Exhibit A - Notice of Right to Sue Letter; 5) Notice Option to Consent to Magistrate Judge Jurisdiction; 6) Notice of Assignment of Case,</u> on *(date)* <u>Monday, April 14, 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/16/25

Server's signature

Malcolm Newman

*Printed name and title*

Medley Serves & Investigations, LLC
41 Schermerhorn Street Suite 318, Brooklyn , NY 11201

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Apr 14, 2025, 11:06 am EDT at COMPANY: 54 MACDONOUGH STREET, BROOKLYN, NY 11216 received by KATRINA ROBINS. Age: 30's; Ethnicity: African American; Gender: Female; Weight: 140s; Height: 5'5"; Hair: Black; Eyes: Brown;
.