# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

October 23, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Dora L. Irizarry, U.S.D.J.
225 Cadman Plaza East
Courtroom 6F
Chambers N 626
Brooklyn, NY 11201-1804

   *Re:* **Lewis v. Children of Promise Wellness Group LLC**
     **Case No.: 1:25-cv-01811 (MKB) (MMH)**
     <u>**Letter Motion for Extension of Time**</u>

Dear Judge Brodie:

  This office represents the Plaintiff in the above-referenced case. Plaintiff writes to respectfully request an extension of time to meet and confer with Defendant regarding Federal Rule of Civil Procedure 26(f), which was originally scheduled for today pursuant to the Order dated October 10, 2025, which requires this meeting to be held by Tuesday October 24, 2025, ten (10) business days before the Initial Conference scheduled for November 7, 2025. Pursuant to your Honor's Individual Practice and Rule 1(F), there have been no previous requests for adjournment or enlargement. Defendant has consented to this extension, but requested that we write to the Court advising that the meeting be held next week, in advance of the Conference on November 7, 2025.

  Plaintiff thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
    October 23, 2025       Respectfully submitted,

                 **SAGE LEGAL LLC**

                 __*/s/ Emanuel Kataev, Esq.*__
                 Emanuel Kataev, Esq.
                 18211 Jamaica Avenue
                 Jamaica, NY 11423-2327
                 (718) 412-2421 (office)
                 (917) 807-7819 (cellular)
                 (718) 489-4155 (facsimile)
                 emanuel@sagelegal.nyc

                 *Attorneys for Plaintiff*
                 *Traey Lewis*

<u>**VIA ECF**</u>
All counsel of record