# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Aaron Solomon
asolomon@kaufmandolowich.com

November 4, 2025

**VIA ECF**

Hon. Marcia M. Henry, U.S.M.J.
Eastern District of New York
22 Cadman Plaza East
Brooklyn New York, 11201

      Re:    *Lewis v. Children of Promise Wellness Group LLC;*
               *E.D.N.Y No.: 1:25-cv-01811-(MKB)*

Dear Judge Henry:

    Our firm represents Defendant Children of Promise Wellness Group LLC ("Defendant"). Pursuant the Court's Individual Rules, we write, with the consent of Plaintiff, to respectfully request an adjournment of the upcoming Initial Conference on Friday, November 7, 2025.

    On Friday, October 31, 2025, my brother's fiancé delivered their first child. On Friday, November 7, 2025, my family will be celebrating my newborn nephew's brit milah in New Jersey. I am the lead attorney on this matter. No other attorney in my office can appear in my stead on November 7, 2025. As such, I respectfully request an adjournment of the conference so I can attend the brit milah in New Jersey to celebrate with my family.

    This is the first request for an adjournment of the upcoming Initial Conference.

    I can attend a conference in November except for the following dates: November 12, 13, 14. As well, I am traveling for Thanksgiving on November 26, 2025 through December 2, 2025.

    We thank the Court for its consideration.

                                       Respectfully submitted,
                                       KAUFMAN DOLOWICH, LLP

                                       Aaron Solomon