**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Aaron Solomon
asolomon@kaufmandolowich.com

November 4, 2025

**VIA ECF**
Hon. Marcia M. Henry, U.S.M.J.
Eastern District of New York
22 Cadman Plaza East
Brooklyn New York, 11201

       **Re:**    *Lewis v. Children of Promise Wellness Group LLC;*
                *E.D.N.Y No.: 1:25-cv-01811-(MKB)*

Dear Judge Henry:

      Our firm represents Defendant Children of Promise Wellness Group LLC ("Defendant"). Pursuant the Court's Individual Rules, we write, with the consent of Plaintiff, to respectfully request an adjournment of the upcoming Video Status Conference on Friday, December 3, 2025.

      We respectfully submit that a brief adjournment of the conference is necessary due to an unexpected scheduling conflict.

      This is the first request for an adjournment of the upcoming Initial Conference.

      We do not seek a long adjournment. I can attend a video conference on December 4, 2025 or December 5, 2025.

      We thank the Court for its consideration.

                    Respectfully submitted,
                    KAUFMAN DOLOWICH, LLP

                    Aaron Solomon