**KAUFMAN | DOLOWICH**

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Aaron Solomon
asolomon@kaufmandolowich.com

December 12, 2025

**VIA ECF**
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                    Re:    *Lewis v. Children of Promise Wellness Group LLC;*
                            *E.D.N.Y No.: 1:25-cv-01811-(MKB)*

Dear Judge Henry:

      Our firm represents Defendant Children of Promise Wellness Group LLC ("Defendant"). Pursuant to the Court's Individual Rules, we write, with the consent of Plaintiff, to respectfully request an extension to file our proposed protective order, which is due to the court on December 12, 2025.

      We respectfully request a brief extension, as scheduling conflicts have thus far prevented us from conferring with opposing counsel.

      This is the first request for an extension to file our proposed protective order.

      We request a two week extension until December 26, 2025. This extension will not affect any scheduled Court appearance or deadline.

      We thank the Court for its consideration.

                                            Respectfully submitted,
                                            KAUFMAN DOLOWICH, LLP

                                            Aaron Solomon