# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Aaron Solomon
asolomon@kaufmandolowich.com

December 29, 2025

**VIA ECF**

Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:    *Lewis v. Children of Promise Wellness Group LLC;*
                       *E.D.N.Y No.: 1:25-cv-01811-(MKB)*

Dear Judge Henry:

    Our firm represents Defendant Children of Promise Wellness Group LLC ("Defendant"), in the above referenced matter. Pursuant to the Court's Order, and with the consent of Plaintiff's counsel, attached please find the proposed Protective Order Form.

    We thank the Court for its continued courtesy.

                                                 Respectfully submitted,
                                                 KAUFMAN DOLOWICH, LLP

                                                 Aaron Solomon