# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Aaron Solomon
asolomon@kaufmandolowich.com

May 8, 2026

**VIA ECF**
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Lewis v. Children of Promise Wellness Group LLC;*
      *E.D.N.Y No.: 1:25-cv-01811-(MKB)*

Dear Judge Henry:

Our firm represents Defendant Children of Promise Wellness Group LLC ("Defendant"). Pursuant to the Court's March 23, 2026 Order, Defendant respectfully requests an extension of the mediation deadline, which is currently set for May 11, 2026, to July 11, 2026.

In compliance with the Court's directives, Defendant has continued to act diligently to schedule mediation before the Court's deadline. However, Plaintiff's counsel has been nonresponsive since March 31, 2026. Defendant contacted mediator Julie Kowitz Margolies and obtained her available dates for mediation. Defendant thereafter emailed, called, and texted Plaintiff's counsel on multiple occasions to confirm his availability and secure a mutually agreeable mediation date, but received no meaningful response. Ms. Kowitz Margolies likewise reached out directly to Plaintiff's counsel to confirm his availability, and those outreach efforts have also gone unanswered.

Defendant should not be prejudiced by Plaintiff's counsel's continued inaction, and therefore respectfully requests that the Court extend the deadline to complete mediation until July 11, 2026. Defendant further respectfully requests that the Court direct Plaintiff's counsel to comply with the Court's mediation order forthwith.

Prior to submitting this application, Defendant's counsel attempted to reach Plaintiff's counsel by phone without success.

We thank the Court for its continued courtesies.

Respectfully submitted,
KAUFMAN DOLOWICH, LLP

Aaron Solomon