# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Aaron Solomon
asolomon@kaufmandolowich.com

May 21, 2026

**VIA ECF**
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    *Lewis v. Children of Promise Wellness Group LLC;*
>        *E.D.N.Y. Case No.: 1:25-cv-1811 (MKB) (MMH)*

Dear Judge Henry:

Our firm represents Defendant Children of Promise Wellness Group LLC ("Defendant"). We write pursuant to the Court's March 23, 2026 Order, directing the parties to file a joint status letter regarding mediation, by May 21, 2026.

**Defendant's Portion:**

On May 8, 2026, Defendant wrote to the Court requesting an extension of the May 11, 2026, deadline to complete mediation because Plaintiff is not cooperating with our efforts to move mediation forward. Since March 31, 2026, Defendant had contacted Plaintiff's counsel multiple times by email, telephone, and text message after first obtaining mediator Julie Kowitz Margolies's available dates to secure a mutually agreeable mediation date. Those efforts did not yield any meaningful response.

Since filing the extension request letter, Defendant has continued to make good-faith efforts to reach Plaintiff's counsel regarding mediation. On numerous occasions, we have called and texted Plaintiff's counsel to arrange a time to speak. However, Plaintiff's counsel never called us back to move the process forward.  At this point, Plaintiff's failure to respond in any meaningful way is certainly peculiar.

Defendant does not believe that complying with the Court's alternative dispute resolution protocol is optional.  As such, Defendant respectfully requests a conference to discuss Plaintiff's non-compliance.

**Plaintiff's Portion:**

Plaintiff did not agree to select the Defendant's chosen mediator and instead offered others, while Defendant remains insistent on the above-identified mediator.

Given this disagreement, Plaintiff needs to discuss this matter with his counsel but has had a difficult time setting up a conference or virtual meeting given your undersigned's heavy case load with court appearances in and outside of the State of New York.

Plaintiff agrees with Defendant's statement that mediation is not optional and is committed to conducting a mediation with a mutually agreed-to mediator. Plaintiff therefore respectfully requests a Sixty (60) day extension of time[1] to complete mediation and a seven (7) day extension for the parties to confirm an agreed-upon mediator.

We thank the Court for its continued courtesies.

Respectfully submitted,
Kaufman Dolowich, LLP

Aaron N. Solomon

---

[1] Defendant's counsel does note that extension of this length is appropriate due to a pre-planned two week vacation that will occur in June.