# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Aaron Solomon
asolomon@kaufmandolowich.com

June 23, 2026

**VIA ECF**
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *Lewis v. Children of Promise Wellness Group LLC;*
       *E.D.N.Y No.: 1:25-cv-01811-(MKB)*

Dear Judge Henry:

Our firm represents Defendant Children of Promise Wellness Group LLC ("Defendant"). We write pursuant to the Court's May 29, 2026 Order, granting the parties requested extension of time to complete mediation by July 22, 2026.

Despite Defendant's diligent efforts to comply with the Court's Order and move this matter toward mediation, Plaintiff's counsel continues to be nonresponsive. Defendant repeatedly reached out to Plaintiff's counsel in an effort to confirm whether Plaintiff is willing to mediate before Julie Kowitz Margolies and to otherwise coordinate the mediation process. The last communication Defendant received from Plaintiff's counsel was on June 5, 2026, when counsel advised that he was reaching out to his client to determine whether Plaintiff would agree to mediate with Ms. Kowitz Margolies. Since that time, Defendant has followed up with Plaintiff's counsel, but has received no response.

Accordingly, Defendant is unsure how to proceed in light of Plaintiff's counsel's continued failure to respond, particularly given the current mediation deadline. Defendant respectfully requests that the Court either direct Plaintiff's counsel to promptly respond regarding Plaintiff's willingness to mediate with Ms. Kowitz Margolies, or otherwise provide guidance as to how Defendant should proceed so that Defendant is not prejudiced by Plaintiff's counsel's lack of communication.

We thank the Court for its continued courtesies.

Very truly yours,
Kaufman Dolowich LLP

Aaron Solomon