# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

July 20, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1804

   *Re:* **Lewis v. Children of Promise Wellness Group LLC**
     <u>**Case No.: 1:25-cv-01811 (MKB) (MMH)**</u>

Dear Judge Henry:

   This office represents the Plaintiff in the above-referenced case. Plaintiff apologizes for the delay involved in scheduling a mediation in this case. The undersigned was not able to meet with Plaintiff until July 1, 2026. Ultimately, because Mediator Julie Kowitz Margolies is booked throughout July and August, the parties agreed to mediate before Barry Peek, Esq. and mediation is scheduled to take place on September 2, 2026.

   Plaintiff thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
   July 20, 2026       Respectfully submitted,

                **SAGE LEGAL LLC**

                */s/ Emanuel Kataev, Esq.*
                Emanuel Kataev, Esq.
                18211 Jamaica Avenue
                Jamaica, NY 11423-2327
                (718) 412-2421 (office)
                (917) 807-7819 (cellular)
                (718) 489-4155 (facsimile)
                emanuel@sagelegal.nyc

                *Attorneys for Plaintiff*
                *Tracey Lewis*

**VIA ECF**
All counsel of record