# KAUFMAN|DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Aaron Solomon
asolomon@kaufmandolowich.com

July 21, 2026

**VIA ECF**
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Lewis v. Children of Promise Wellness Group LLC;*
             *E.D.N.Y No.: 1:25-cv-01811-(MKB)*

Dear Judge Henry:

Our firm represents Defendant Children of Promise Wellness Group LLC ("Defendant"). We write pursuant to the Court's July 13, 2026 Order, directing Defendant to file a status letter by July 21, 2026 regarding the upcoming mediation.

As stated in Plaintiff's July 20, 2026, letter, the parties have agreed to proceed to mediation with Mediator Barry Peek, Esq., and the mediation is scheduled to take place on September 2, 2026.

We thank the Court for its continued courtesies.

                    Respectfully submitted,
                    Kaufman Dolowich, LLP

                    Aaron N. Solomon