KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Aaron Solomon
asolomon@kaufmandolowich.com

September 9, 2026

**VIA ECF**
Hon. Marcia M. Henry, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Lewis v. Children of Promise Wellness Group LLC;*
*E.D.N.Y No.: 1:25-cv-01811-(MKB)*

Dear Judge Henry:

Our firm represents Defendant Children of Promise Wellness Group LLC ("Defendant"). We write jointly with counsel for Plaintiff pursuant to the Court's July 22, 2026, Order, which directed the parties to provide a status update following the September 2, 2026, mediation before Mediator Barry Peek.

Although the parties were unable to resolve this matter at mediation, the mediation was productive and brought the parties meaningfully closer to a potential resolution. The parties engaged in good-faith settlement discussions and believe that additional Court-facilitated settlement efforts may be beneficial.

Accordingly, the parties respectfully submit that they have not exhausted all early settlement efforts and jointly request that the Court schedule a settlement conference. The parties respectfully request the Court's permission to provide potential dates for the settlement conference early next week, so that counsel may have sufficient time to confer with their respective clients regarding availability.

We thank the Court for its attention to this matter.

Respectfully submitted,
Kaufman Dolowich, LLP

Aaron N. Solomon