# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**


September 20, 2026

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Marcia M. Henry, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1804

Re: Lewis v. Children of Promise Wellness Group LLC
Case No.: 1:25-cv-01811 (MKB) (MMH)
Joint Status Report Regarding Settlement

Dear Judge Henry:

This firm represents Plaintiff Tracey Lewis in the above-referenced case. Plaintiff writes jointly with Defendant Children of Promise Wellness Group LLC to advise the Court that the parties have reached a settlement in principle, subject to resolution of certain remaining disputed issues. The parties are attempting to resolve this disagreement and memorialize the settlement terms. If they reach agreement on the remaining issues, Plaintiff will submit a letter motion for settlement approval. In light of the settlement in principle and the remaining issues to be discussed, counsel will promptly advise the Court whether the matter has been resolved or whether further proceedings, including the previously requested settlement conference, are necessary.

The Court's September 11, 2026 Order directed the parties to submit, by September 17, 2026, a joint letter providing mutual availability for a settlement conference. The parties acknowledge that deadline, apologize for their failure to timely meet it, and respectfully request that the Court accept this status report *nunc pro tunc*.The parties thank the Court for its time and attention to this matter.

Dated: Jamaica, New York
September 20, 2026

Respectfully submitted,

**SAGE LEGAL LLC**


/s/ Emanuel Kataev, Esq.________
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)

(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

Attorneys for Plaintiff
Tracey Lewis

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Margo K. Brodie, Chief U.S.D.J.
225 Cadman Plaza East
Courtroom 6F North
Brooklyn, NY 11201-1804

**VIA ECF**
All counsel of record